UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# 06 CR 10169 PBS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>PAUL F. MARE, )<br>)<br>Defendant. )<br>)<br>)<br>) | CRIMINAL NO.<br><br>VIOLATIONS:<br>18 U.S.C. § 844(i)<br>(Attempted Arson)<br>18 U.S.C. § 1341<br>(Mail Fraud)<br>18 U.S.C. § 844(h)(1)<br>(Use of Fire to Commit<br>a Felony) |

## INDICTMENT

COUNT ONE:    (18 U.S.C. § 844(i) -- Attempted Arson)

The Grand Jury charges that:

On or about May 7, 2005, at Boston, in the District of Massachusetts,

### PAUL F. MARE,

defendant herein, did attempt to damage or destroy, by means of fire, a building used in interstate or foreign commerce and in activities affecting interstate or foreign commerce, to wit: Salon Mare, Inc., a beauty salon, located in a commercial building at 42 Bromfield Street, Boston, Massachusetts, and its contents.

All in violation of Title 18, United States Code, Section 844(i).

-1-

COUNTS TWO THROUGH FIVE:    (18 U.S.C. § 1341 -- Mail Fraud)

Between in or about May, 2005, to in or about January, 2006, in the District of Massachusetts,

### PAUL F. MARE,

defendant herein, did knowingly and willfully devise and execute a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, which scheme and artifice is further described in the following paragraphs.

### General Allegations

1.    On or about August 1, 1998, Paul F. Mare ("the defendant") leased commercial space at 42 Bromfield Street, Boston, Massachusetts. The defendant thereafter opened a beauty salon business located at this address, which he owned and operated, called Salon Mare, Inc.

2.    On July 29, 2002, the Norfolk & Dedham Mutual Fire Insurance Company of Dedham, Massachusetts, issued an insurance policy, number R0207068, for the defendant's business, Salon Mare, Inc., listing the defendant as the insured. The defendant purchased this policy through an agent, Cooke & Currie Insurance, LTD, of Boston, Massachusetts. The policy, which was for a one-year term, provided coverage of up to $50,000 for business personal property, $50,000 fire liability, $1,000,000 business liability coverage, and 12 months loss of income coverage.

-2-

3. On July 29, 2003, the defendant, d/b/a Salon Mare, Inc., renewed the above aforementioned insurance policy, number R0311537, for a one-year term through Cooke & Currie Insurance, LTD.

4. On July 29, 2004, the defendant, d/b/a Salon Mare, Inc., renewed the above aforementioned insurance policy, number R0311537, for another one-year term through Cooke & Currie Insurance, LTD. With inflation adjustment, the business personal property coverage rose to $53,500.

5. On May 7, 2005, a fire of incendiary origin occurred at Salon Mare, Inc., located at 42 Bromfield Street, Boston, Massachusetts.

6. On or about May 13, 2005, the Norfolk & Dedham Mutual Fire Insurance Company hired T/M Seger Claim Service, Inc., of Duxbury, Massachusetts, as part of the insurance claim process, to investigate and adjust the Salon Mare, Inc., fire.

## The Scheme to Defraud

7. It was part of the scheme and artifice to cause or attempt to cause the destruction of the defendant's business, Salon Mare, Inc., by means of fire.

8. It was further part of the scheme and artifice that the defendant would and did cause the submission of a false and fraudulent claim for personal property/business contents loss insurance proceeds to the Norfolk & Dedham Mutual Fire Insurance

-3-

Company.

9.    On or about the dates listed below, in the District of
Massachusetts,

### PAUL F. MARE,

defendant herein, for the purpose of executing the aforesaid
scheme and artifice to defraud and for obtaining money and
property by false and fraudulent pretenses, representations and
promises, did cause to be placed in authorized depositories for
mail matter, the identified item to be sent and delivered by the
United States Postal Service, and did knowingly cause such item
to be delivered by the United States Postal Service, according to
the directions thereon, as follows:

| COUNT | DATE | MAILING |
|-------|------|---------|
| TWO | 5/23/05 | Letter relative to the investigation and claim adjustment for the fire at Salon Mare, Inc., on 5/7/05 (Norfolk & Dedham Mutual Fire Insurance Company Policy No. R0311537, Claim No. P0521806), mailed from T/M Seger Claim Service, Inc., to Lorraine A. Peirce, AIC, Senior Property Loss Examiner of the Norfolk & Dedham Mutual Fire Insurance Company at 222 Ames Street, P.O. Box 9109, Dedham, MA. |
| THREE | 5/31/05 | Letter relative to the investigation and claim adjustment for the fire at Salon Mare, Inc., on 5/7/05 (Norfolk & Dedham Mutual Fire Insurance Company Policy No. R0311537, Claim No. P0521806), mailed from T/M Seger Claim Service, Inc., to Lorraine A. Peirce, AIC, Senior Property Loss Examiner of the Norfolk & Dedham Mutual Fire Insurance Company at 222 Ames Street, P.O. Box 9109, Dedham, MA. |

FOUR      6/10/05          Letter relative to the investigation and
claim adjustment for the fire at Salon
Mare, Inc., on 5/7/05 (Norfolk & Dedham
Mutual Fire Insurance Company Policy No.
R0311537, Claim No. P0521806), mailed
from T/M Seger Claim Services, Inc., to
Lorraine A. Peirce, AIC, Senior Property
Loss Examiner of the Norfolk & Dedham
Mutual Fire Insurance Company at 222
Ames Street, P.O. Box 9109, Dedham, MA.

FIVE      1/13/06          Letter, enclosing an invoice bill and
letter, dated 12/29/05, addressed to
Salon Mare and Paul Mare from Donna
Whitlow, Account Specialist for
ServiceMaster By Gilmore Brothers of
Framingham, Massachusetts, regarding
restoration services rendered at Salon
Mare, Inc., following the fire that
occurred at that location on May 7,
2005, mailed from Skelly Insurance
Agency of Boston, Massachusetts, to
Salon Mare, Inc., and Paul Mare, at 42
Bromfield Street, Boston, MA.

All in violation of Title 18, United States Code, Section

1341.

COUNT SIX:   (18 U.S.C. § 844(h)(1) -- Use of Fire to
             Commit a Felony)

On or about May 7, 2005, at Boston, in the District of
Massachusetts,

PAUL F. MARE,

defendant herein, did knowingly use fire to commit a felony
prosecutable in a court of the United States, to wit:  Mail
Fraud, in violation of Title 18, United States Code, Section
1341, as charged in Counts Two through Five of this Indictment.

All in violation of Title 18, United States Code, Section
844(h)(1).

-6-

A TRUE BILL

FOREPERSON OF THE GRAND JURY

**ANTOINETTE E.M. LEONEY**
**Assistant United States Attorney**

**DISTRICT OF MASSACHUSETTS**                    **June 7, 2006**

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

**JS 45 (5/97) - (Revised USAO MA 1/26/06)**

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** ___II___    **Investigating Agency** ___ATF___

**City** __Boston__        **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __PAUL F. MARE__        Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __93 East Brookline Street, Apt. #2, Boston, MA 02108__

Birth date (Year only): __1963__ SSN (last 4 #): __9844__ Sex __M__ Race: __Caucasian__ Nationality: __U.S.__

**Defense Counsel if known:** __Elliot Weinstein, Esq.__    **Address: 228 Lewis Wharf**
                                                **Boston, MA 02110**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Antoinette E.M. Leoney__       **Bar Number if applicable** __545567__

**Interpreter:**   ☐ Yes ☒ No      List language and/or dialect: _____

Victims:   ☐ Yes ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)    ☐ Yes ☒ No

Matter to be SEALED:    ☒ Yes    ☐ No

    ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:    ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony ___6___

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   June 7, 2006      Signature of AUSA: _Antoinette E.M. Leoney_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

06 CR 10169 PBS

**District Court Case Number** (To be filled in by deputy clerk):

**Name of Defendant**    PAUL F. MARE

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    18 U.S.C. §844(i) | Attempted Arson | 1 |
| Set 2    18 U.S.C. §1341 | Mail Fraud | 2 - 5 |
| Set 3    18 U.S.C. §844(h)(1) | Use of Fire to Commit a Felony | 6 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: