UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PAUL F. MARE,<br><br>Defendant. | CRIMINAL NO. 06-10169-PBS |

## VERDICT

Saris, U.S.D.J.

*Received 2:15 PM 4/10/08*

**Count One** (Attempted Arson)

_____ Not Guilty          __X__ Guilty

**Count Two** (Mail Fraud - mailing dated 5/23/05)

__X__ Not Guilty          _____ Guilty

**Count Three** (Mail Fraud - mailing dated 1/13/06)

__X__ Not Guilty          _____ Guilty

You may consider Count Four **only** if you found the defendant guilty for Count Two or Count Three.

**Count Four** (Use of Fire to Commit a Felony)

_____ Not Guilty          _____ Guilty

We, the jury, unanimously concur in the above answer.

_____
JURY FOREPERSON

Dated: 4/10/08